IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-16097-MAM |
| | ) | Chapter 11 |
| BURT KRONER, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The plan filed by* Burt Kroner *on* March 4, 2024 (ECF No. 111) *can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor* Internal Revenue Service *for the following type of claim placed in the indicated class in the indicated amount:*

| *TYPE OF CLAIM* | *CLASS IN PLAN* | *AMOUNT OF CLAIM* |
|---|---|---|
| ☐ General Secured | | $_____ |
| ☑ General Unsecured | 2 | $20,613,944.63 |
| ☐ Bond Holder | | Amount of Bond/debenture $ |
| ☐ Equity Security Holder | | Number of Shares of Stock |

The undersigned [Check One Box] ☐ Accepts ☑ Rejects

the plan for reorganization of the above-named debtor.

    Signed: /s/ Nicholas S. Willingham

    Print Name: Nicholas S. Willingham

    Address: P.O. Box 14198, Washington, D.C. 20044

    Phone: (202) 307-6445

    Date: November 27, 2024

★★★**FILE THIS BALLOT ON OR BEFORE JANUARY 7, 2025**★★★

with:  Clerk of Bankruptcy Court
      ☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
      ☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
      ☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**